Order issued October /7 , 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01370-CV

**VIEWPOINT BANK, Appellant**

**V.**

**ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, Appellee**

## ORDER

We **GRANT** appellant's unopposed motion for an extension of time to file a notice of appeal. The notice of appeal filed with this Court on October 5, 2012 is deemed timely filed for jurisdictional purposes.

CAROLYN WRIGHT
CHIEF JUSTICE